# EXHIBIT A

SHUMAN McCUSKEY SLICER PLLC
ATTORNEYS AT LAW

116 South Stewart Street, 1st Floor
Winchester, VA 22601
Telephone: 540.486.4195
Facsimile: 540.486.4912

**300 Wedgewood Drive, Suite 110**
**Morgantown, WV 26505**
**Telephone: 304.291.2702**
**Facsimile: 304.291.2840**

1411 Virginia Street East, Suite 200
Charleston, WV 25301
Telephone: 304.345.1400
Facsimile: 304.343.1826

**Reply to Morgantown**
hnoel@shumanlaw.com

WWW.SHUMANLAW.COM

December 5, 2025

***Via Email Only***
Jared M. Smallwood
P.O. Box 487
Charles Town, West Virginia 25414

**Re:** ***Nelson Michael v. Walmart Stores East, LP***
**Berkeley County Civil Action No. 25-C-598**

Dear Mr. Smallwood:

Please be advised that I have been retained to represent Wal-Mart Stores East, LP, in the above matter. In an effort to prevent delay and in light of the case law allowing removal of a suit without a binding stipulation that the Plaintiff will not seek or accept more than the jurisdictional sum, I have prepared a Stipulation stating that your client will neither seek nor accept any sum over $75,000.00 in this case. I am enclosing the Stipulation for your review. If it meets with your approval, please sign the same. have your client do likewise then cause it to be entered with the Clerk's office and forward a copy of the same to my office no later than December 12, 2025.

I thank you in advance for your attention to this matter. Please do not hesitate to contact me should you have any questions regarding the same.

Very truly yours,

Heather M. Noel

Attachment

IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

NELSON MICHAEL,

Plaintiff,

v.

Civil Action No. 25-C-598
The Honorable Michael Lorensen

WAL-MART STORES EAST, LP.,

Defendant.

**STIPULATION**

Now comes Plaintiff Nelson Michael, in person, and by his counsel, Jared M. Smallwood, and stipulates that he will neither seek nor accept recovery from Defendant Wal-Mart Stores East, LP, in an amount in excess of $75,000.00, inclusive of interest and costs, in this matter.

Nelson Michael

Jared M. Smallwood
W. Va. State Bar I.D. No. 14102
P.O. Box 487
Skinner Law Firm
Charles Town, West Virginia 25414
304-724-1632/Fax 304-725-4082